■ LINDA M. BADAME, Appellant, v BUFFALO GENERAL HOSPITAL, Respondent, et al., Defendants. [764 NYS2d 890] —Appeal from that part of an order of Supreme Court, Niagara County (Lane, J.), entered August 30, 2002, that granted the cross motion of defendant Buffalo General Hospital for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Niagara County, Lane, J. Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.